[    ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**
   **(1) Gail Danette Richmond**
       xxx-xx-2920                               Case No.  18-28964-E
   **(2)**

                                                                  Chapter 13
**Debtor(s)**

### CHAPTER 13 PLAN

**ADDRESS:**   (1)   4543 Pinegate Drive        (2)
                             Memphis TN 38125

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay   $690.00   ( ) weekly, (X) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(X) PAYROLL DEDUCTION** from:   Shelby County Schools   **OR  ( ) DIRECT PAY.**
                                                    160 South Hollywood Street
                                                    Memphis, TN 38112

   **DEBTOR (2)** shall pay   $_____   ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(  ) PAYROLL DEDUCTION** from: _____   **OR  ( ) DIRECT PAY.**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]   ( ) YES   ( X ) NO

   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
      OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]   ( X ) YES   ( ) NO

   (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12]   ( ) YES   ( X ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:   Monthly Plan Payment

| | | |
|---|---|---|
| _____ ; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | | $_____ |
| _____ ; ongoing payment begins _____ | | $_____ |
| Approximate arrearage: _____ | | $_____ |

**5. PRIORITY CLAIMS:**                                                Value of Claim   Monthly Plan Payment

| | | |
|---|---|---|
| Internal Revenue Service | $624.00 | $11.00 |
| | | $_____ |

**6. HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s); **OR** ( X ) Paid by Trustee to:   Monthly Plan Payment

| | | | |
|---|---|---|---|
| Wells Fargo Home Mortgage ; ongoing payment begins | FEBRUARY 2019 | | $1,021.00 |
| Approximate arrearage: $4,084.00 | Interest _____ % | | $70.00 |
| _____ ; ongoing payment begins _____ | | | $_____ |
| Approximate arrearage: _____ | Interest _____ % | | $_____ |

**7. SECURED CLAIMS:**                                   Value of Collateral   Rate of Interest   Monthly Plan Payment
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | | | |
|---|---|---|---|
| _____ | _____ | _____ % | $_____ |
| _____ | _____ | _____ % | $_____ |
| _____ | _____ | _____ % | $_____ |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. § 1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| One Main Financial | $6,000.00 | 6.25 % | $117.00 |
| | | % | $ |
| | | % | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral: _____
Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | % | $ |
| | | % | $ |
| | | % | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Dept of Education          (X) Not provided for    **OR** ( ) General unsecured creditor
_____                        ( ) Not provided for    **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILE CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**  $   4,734.94   .

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR**,

(X) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____                ( ) Assumes   **OR** ( ) Rejects.
_____                ( ) Assumes   **OR** ( ) Rejects.

**17. COMPLETION:**    Plan shall be completed upon payment of the above, approximately   sixty (60)   months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ S. Jonathan Garrett                **DATE: October 26, 2018**
**Debtor(s)' Attorney Signature**

S. Jonathan Garrett (BPR#019389) Attorney for Debtor
2670 Union Avenue Extended, Suite 1200,  Memphis, Tennessee 38112-4424
Telephone: 901-323-3200        Facsimile: 901-323-3275        Email: help@sjgarrett.com